# In the United States Court of Federal Claims

No. 15-767C
(consolidated with No. 16-309C)

(E-Filed:  February 11, 2021)

|  |  |
|---|---|
| ACLR, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

<u>ORDER</u>

On February 10, 2021, defendant filed a motion for an enlargement of time of forty-four days, to and including April 9, 2021, within which to file its response to plaintiff's motion for summary judgment, ECF No. 107, in this case.  <u>See</u> ECF No. 109.  Therein, defendant reports that plaintiff filed thirteen exhibits, "approximately 1100 pages of [which], at a minimum, are new" to defendant in support of its motion for summary judgment.  <u>Id.</u> at 2.  Defendant asserts that an extension is necessary "[d]ue to the volume of documents and the complexity of the issues raised," and due to conflicting case obligations of defendant's counsel's case assignments.  <u>Id.</u> at 2-3.  Defendant also reports that plaintiff opposes its motion.  <u>See id.</u> at 1.

Because the parties have previously sharply disagreed about the manner and timing of further proceedings in this case, <u>see, e.g.</u>, ECF No. 103 (joint status report), the court would like to hear plaintiff's position on defendant's request and the representations made in defendant's motion before issuing its ruling.  In the interests of resolving the request prior to defendant's current deadline to submit its response and cross-motion for summary judgment, however, the court will order expedited briefing on this matter.

Accordingly, on or before **February 17, 2021**, plaintiff is directed to **FILE** its **response** to defendant's motion for an enlargement of time, ECF No. 109, in this matter.

2

IT IS SO ORDERED.

                                                s/Patricia E. Campbell-Smith
                                                PATRICIA E. CAMPBELL-SMITH
                                                Judge